FILED

SEP 27 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF | NO. 1:12-MC-00032 BAM |
| LUIS ESTEBAN LOPEZ ESPINOZA, a.k.a. El Greñas, a.k.a. El Luisillo, | ORDER TO UNSEAL COMPLAINT AND ARREST WARRANT |
| Fugitive. | |

The Complaint in this case having been sealed by order of this court and it appearing that such Complaint and Arrest Warrant no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the Complaint and Arrest Warrant be unsealed and made public record.

DATED: September 27, 2012.   By _____
BARBARA A. MCAULIFFE
United States Magistrate Judge

-1-
Order to Unseal Complaint and Arrest Warrant