```
BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF ) | 1:12-MC-00032 BAM |
| ) | |
| LUIS ESTEBAN LOPEZ ESPINOZA, ) | **AMENDED** STIPULATION CONTINUING STATUS |
| a.k.a. El Grenas, a.k.a. ) | CONFERENCE; ORDER |
| Luisillo, ) | |
| ) | Date: December 20, 2012 |
| Fugitive. ) | Time: 1:30 p.m. |
| ) | Judge: Honorable Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for November 8, 2012, may be continued to **December 20, 2012, at 1:30 p.m.**

The reason for the continuance is to allow for Mexico's transmittal and the United States' receipt of a formal extradition request and supporting evidence. Specifically, pursuant to Article 11 of the extradition treaty in force between the United States and Mexico (31 U.S.T. 5059; TIAS 9656), Mexico must transmit to the United States its extradition request and accompanying evidence by November 25, 2012. The parties stipulate and agree that the

interests of justice served by granting this continuance outweigh the best interests of the public and the fugitive in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated:    11/1/2012              BENJAMIN B. WAGNER
                                 United States Attorney

                                 By:    /s/ Christopher D. Baker
                                 CHRISTOPHER D. BAKER
                                 Assistant U.S. Attorney


Dated:    11/1/2012                     /s/ Ty Kharazi
                                 H. TY KHARAZI
                                 Attorney for Luis Esteban Lopez
                                 Espinoza

# O R D E R

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **November 5, 2012**              **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE