1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF | 1:12-MC-00032 BAM |
| LUIS ESTEBAN LOPEZ ESPINOZA, a.k.a. El Grenas, a.k.a. Luisillo, | **AMENDED** STIPULATION CONTINUING STATUS CONFERENCE; ORDER |
| Fugitive. | Date: December 20, 2012<br>Time: 1:30 p.m.<br>Judge: Honorable Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for November 8, 2012, may be continued to **December 20, 2012, at 1:30 p.m.**

The reason for the continuance is to allow for Mexico's transmittal and the United States' receipt of a formal extradition request and supporting evidence. Specifically, pursuant to Article 11 of the extradition treaty in force between the United States and Mexico (31 U.S.T. 5059; TIAS 9656), Mexico must transmit to the United States its extradition request and accompanying evidence by November 25, 2012. The parties stipulate and agree that the

interests of justice served by granting this continuance outweigh the best interests of the public and the fugitive in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated:    11/1/2012                      BENJAMIN B. WAGNER
                                         United States Attorney

                                   By:   /s/ Christopher D. Baker
                                         CHRISTOPHER D. BAKER
                                         Assistant U.S. Attorney


Dated:    11/1/2012                      /s/ Ty Kharazi
                                         H. TY KHARAZI
                                         Attorney for Luis Esteban Lopez
                                         Espinoza

### O R D E R

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **November 5, 2012**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE