H. Ty Kharazi, Esq.; SBN 187894
Crystal B. Johnson, Esq.; SBN 280847
**YARRA, KHARAZI & ASSOCIATES**
1250 Fulton Mall
Fresno, CA 93721
Telephone:   (559) 441-1214
Facsimile:    (559) 441-1215

Attorneys for Defendant
LUIS ESTEBAN LOPEZ ESPINOZA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Extradition of*: <br><br> LUIS ESTEBAN LOPEZ ESPINOZA, <br> a.k.a El Grenas, a.k.a Luisillo, <br><br> Fugitive | Case No: 1:12-MC-00032- BAM <br><br> **STIPULATION & ORDER CONTINUING STATUS CONFERENCE** <br><br> Date:     **January 24, 2013** <br> Time:    **1:30 p.m.** <br> Judge:   **Hon. Gary S. Austin** |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for December 20, 2012 may be continued to January 24, 2013 at 1:30 p.m.

The reason for the continuance is to allow for Defendant's counsel to review discovery received on December 13, 2012, from the United States Attorney's Office, in order to provide competent and effective assistance of counsel. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the fugitive in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speeding Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).  The new proposed date is January 24, 2013, at 1:30 p.m.

Dated: December 17, 2012                    **YARRA, KHARAZI & ASSOCIATES**

                                             /s/ H. Ty Kharazi

                                             _____
                                             H. TY KHARAZI, Attorney for Defendant
                                             Luis E. Lopez-Espinoza


Dated: December 17, 2012                    **BENJAMIN B. WAGNER**
                                             United States Attorney

                                             /s/ Christopher D. Baker

                                             _____
                                             CHRISTOPHER D. BAKER
                                             Assistant U.S. Attorney


## **ORDER**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).  The status conference is continued to January 24, 2013, at 1:00 p.m.


IT IS SO ORDERED.

   Dated:   **December 18, 2012**                    **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE