```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF<br><br>LUIS ESTEBAN LOPEZ ESPINOZA,<br> a.k.a. El Grenas, a.k.a.<br> Luisillo,<br><br>                    Fugitive. | 1:12-MC-00032 BAM<br><br>STIPULATION SCHEDULING STATUS CONFERENCE; ORDER<br><br>Date: March 12, 2013<br>Time:  10:00 a.m.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the parties request the setting of a status conference on **March 12, 2013, at 10:00 a.m.**, for the purpose of exploring the fugitive's interest in

///
///
///
///
///
///
///

Stipulation Scheduling Status Conference; [Proposed] Order

waiving extradition at a later date.

Dated: 3/8/2013                    BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/
                                   CHRISTOPHER D. BAKER
                                   Assistant U.S. Attorney


Dated: 3/8/2013                    /s/
                                   H. TY KHARAZI
                                   Attorney for Luis Esteban Lopez
                                   Espinoza




IT IS SO ORDERED.

**Dated:   March 11, 2013**              **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE

2