1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  IN RE EXTRADITION OF          )  1:12-MC-00032 BAM
                                  )
11  LUIS ESTEBAN LOPEZ ESPINOZA,  )  STIPULATION SCHEDULING STATUS
     a.k.a. El Grenas, a.k.a.     )  CONFERENCE; ORDER
12   Luisillo,                    )
                                  )  Date: March 12, 2013
13             Fugitive.          )  Time:  10:00 a.m.
                                  )  Judge: Hon. Barbara A.
14                                )  McAuliffe
                                  )
15                                )
                                  )
16                                )
                                  )
17  _____)

18      **IT IS HEREBY STIPULATED** by and between the parties hereto, and

19  through their respective attorneys of record herein, that the parties

20  request the setting of a status conference on **March 12, 2013, at**

21  **10:00 a.m.**, for the purpose of exploring the fugitive's interest in

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

            Stipulation Scheduling Status Conference; [Proposed] Order

waiving extradition at a later date.

Dated: 3/8/2013            BENJAMIN B. WAGNER
                           United States Attorney

                     By:   /s/
                           CHRISTOPHER D. BAKER
                           Assistant U.S. Attorney

Dated: 3/8/2013            /s/
                           H. TY KHARAZI
                           Attorney for Luis Esteban Lopez
                           Espinoza

IT IS SO ORDERED.

**Dated:   March 11, 2013**            **/s/ Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE