```
BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADTION OF<br><br>LUIS ESTEBAN LOPEZ ESPINOZA,<br>a.k.a. El Grenas, a.k.a. El<br>Luisillo,<br><br>Fugitive. | Case No. 1:12-MC-00032 BAM<br><br>AFFIDAVIT OF WAIVER OF<br>EXTRADITION AND [~~PROPOSED~~] ORDER<br>TO TRANSFER PHYSICAL CUSTODY |

   I, LUIS ESTEBAN LOPEZ ESPINOZA, having been fully informed by my attorney of my rights under the extradition treaty in force between the United States and Mexico, and Title 18, United States Code, Section 3184 et seq., do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Mexico.

   My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Mexico, the applicable sections of Title 18, United States Code, and the Complaint filed by the United States Attorney on behalf of the Government of Mexico. I understand that, pursuant to Title 18, United States Code, Section 3184, I am entitled to a hearing at which certain facts would need to be established, including:

1. That currently there is an extradition treaty in force between the United States and Mexico;
2. That the treaty covers the offense for which my extradition was requested;
3. That I am the person whose extradition is sought by Mexico; and
4. That there exists probable cause to believe that I committed the offense for which extradition was requested.

I concede that I am the individual against whom the arrest warrant for Aggravated Homicide was issued in Mexico, and for whom a trial is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to return to Mexico unless and until a court in the United States issues a ruling certifying my extraditability, and the Secretary of State of the United States orders my extradition by issuing a Warrant of Surrender.

I have reviewed the Complaint and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Mexico.

I hereby waive my rights under the extradition treaty and the applicable sections of Title 18, United States Code, and agree to be transported in custody, as soon as possible, to Mexico, and to remain in custody pending the arrival of agents from Mexico. No representative, official or officer of the United States or the Government of Mexico, nor any person whomsoever, has made any promise or offered any other form of inducement, not made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily and entirely of my own free will and

Affidavit of Waiver of Extradition and [Proposed] Order

1  accord.

3  Dated this 4~st~ day of ~~June~~ March, 2013.

6  _____
   LUIS ESTEBAN LOPEZ ESPINOZA

8  _____
   H. TY KHARAZI
   Counsel for Fugitive

11  I hereby certify that on this 12 day of March, 2013,
12 LUIS ESTEBAN LOPEZ ESPINOZA personally appeared before me and
13 made his oath in due form of law that the statements herein are
14 true.

16  _____
    United States Magistrate Judge

Affidavit of Waiver of Extradition and [Proposed] Order