

FILED
MAR 12 2013
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF<br><br>LUIS ESTEBAN LOPEZ ESPINOZA,<br>a.k.a. El Grenas, a.k.a.<br>Luisillo,<br><br>        Fugitive. | 1:12-MC-00032 BAM<br><br>STIPULATION CONTINUING *Status Conference re* EXTRADITION HEARING AND BRIEFING SCHEDULE; [PROPOSED] ORDER<br><br>Date: June 21, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the extradition hearing now set for April 10, 2013, may be continued to **June 21, 2013, at 10:00 a.m.**; and further, that the briefing schedule be continued such that the government's moving papers in support of extradition be filed by June 10, 2013, that the fugitive's opposition be filed by June 17, 2013, and the government's reply be filed by June 19, 2013.

The reason for the continuance is to permit the parties to discuss and explore the fugitive's waiver or consent to extradition
///

1 | prior to the holding of an extradition hearing.

3 | Dated:    3/8/2013                    BENJAMIN B. WAGNER
                                          United States Attorney

5 |                                  By:   /s/
                                          CHRISTOPHER D. BAKER
                                          Assistant U.S. Attorney

8 | Dated:    3/8/2013
9 |                                       /s/
                                          H. TY KHARAZI
                                          Attorney for Luis Esteban Lopez
                                          Espinoza

*Status conference set* ↓

**ORDER**

The extradition hearing now set for April 10, 2013, shall be continued to **June 21, 2013, at 10:00 a.m.** The government's moving papers in support of extradition shall be filed by June 10, 2013; the fugitive's opposition shall be filed by June 17, 2013; and any reply by the government shall be filed by June 19, 2013. *Briefing Scheduling Vacated.*

**IT IS SO ORDERED.**

DATED: March 12, 2013            _____
                                 UNITED STATES MAGISTRATE JUDGE

Stipulation Continuing Status Conference; [Proposed] Order

2