BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADTION OF<br><br>LUIS ESTEBAN LOPEZ ESPINOZA, a.k.a. El Grenas, a.k.a. El Luisillo,<br><br>    Fugitive. | Case No. 1:12-MC-00032 BAM<br><br>APPLICATION AND ORDER TO TRANSFER PHYSICAL CUSTODY |

WHEREAS, on March 12, 2013, the Court was advised in open session that LUIS ESTEBAN LOPEZ ESPINOZA is a fugitive sought by the Government of Mexico; that he is aware that the Government of Mexico has issued an arrest warrant for him charging Aggravated Homicide; and, that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this Country pursuant to the extradition treaty in force between the Government of the United States and the Government of Mexico and Title 18, United States Code, Section 3184 et seq., and that he knowingly and voluntarily waived those rights [Doc. 32];

The United States of America applies for a Court order that LUIS ESTEBAN LOPEZ ESPINOZA be committed to the custody of the United States Marshal of the Eastern District of California

pending arrival of the duly authorized representatives of the Government of Mexico, at which time the United States Marshal shall deliver him, together with any evidence seized incidental to his arrest and sought by the Government of Mexico, to the custody of such authorized representatives to be transported by Mexico to be held for sentencing or other disposition.

Dated:   June 5, 2013

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                United States Attorney

                            By:    /s/ Christopher D. Baker
                                Christopher D. Baker
                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADTION OF<br><br>LUIS ESTEBAN LOPEZ ESPINOZA,<br>  a.k.a. El Grenas, a.k.a. El Luisillo,<br><br>                    Fugitive. | Case No. 1:12-MC-00032 BAM<br><br>ORDER TO TRANSFER PHYSICAL CUSTODY |

   The Court having received the Complaint filed on October 9, 2012, by Christopher D. Baker, Assistant United States Attorney for the Eastern District of California, for and on behalf of the Government of Mexico, pursuant to the request of the Government of Mexico, for extradition of LUIS ESTEBAN LOPEZ ESPINOZA, and an affidavit executed by LUIS ESTEBAN LOPEZ ESPINOZA, and witnessed by his attorney;

   And, further, the Court having been advised in open session that LUIS ESTEBAN LOPEZ ESPINOZA is a fugitive sought by the Government of Mexico; that he is aware that the Government of Mexico has issued an arrest warrant for him charging Aggravated Homicide; and, that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this Country pursuant to the

1  extradition treaty in force between the Government of the United
2  States and the Government of Mexico and Title 18, United States
3  Code, Section 3184 et seq., and that on March 12, 2013, he
4  knowingly and voluntarily waived those rights [Doc. 32];

5     IT IS THEREFORE ORDERED that LUIS ESTEBAN LOPEZ ESPINOZA be
6  committed to the custody of the United States Marshal of the
7  Eastern District of California pending arrival of the duly
8  authorized representatives of the Government of Mexico, at which
9  time the United States Marshal shall deliver him, together with
10  any evidence seized incidental to his arrest and sought by the
11  Government of Mexico, to the custody of such authorized
12  representatives to be transported by Mexico to be held for
13  sentencing or other disposition; and

14     IT IS FURTHER ORDERED that the transfer of physical custody
15  of LUIS ESTEBAN LOPEZ ESPINOZA, together with any evidence
16  seized, shall be at such time and place as mutually agreed upon
17  by the United States Marshal for the Eastern District of
18  California and the duly authorized representatives of the
19  Government of Mexico.

20     The United States Attorney's Office will forward certified
21  copies of this Order and executed Affidavit of Waiver [Doc 32] to
22  the Director of the Office of International Affairs, Criminal
23  Division, Department of Justice, in Washington, DC.

IT IS SO ORDERED.

Dated:  June 6, 2013               /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE